IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DENNIS TOBY,

    Petitioner,

    v.

MARIROSA LAMAS,

    Respondent.

CIVIL ACTION NO. 3:13-CV-2882

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, this 8th day of December, 2014, upon review of the Report and Recommendation of Magistrate Judge Susan E. Schwab (Doc. 13) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 13) is **ADOPTED.**

(2)     Respondent's Motion to Dismiss (Doc. 10) is **DENIED.**

(3)     This case is remitted to Magistrate Judge Schwab for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

FILED
SCRANTON

DEC 08 2014

PER _____
DEPUTY CLERK