**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DENNIS TOBY,

    Petitioner,

       v.

MARIROSA LAMAS, *et al.*,

    Respondents.

CIVIL ACTION NO. 3:13-CV-2882
(JUDGE CAPUTO)
(MAGISTRATE JUDGE SCHWAB)

## ORDER

    **NOW**, this 14th day of August, 2015, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Schwab's Report and Recommendation (Doc. 18) is **ADOPTED.**

(2) Petitioner Toby's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED.**

(3) The Clerk of Court is instructed to mark this case as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge